# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMIE LAMPHERE, Personal Representative of the ESTATE OF KRISTOPHOR JOHN LAMPHERE, deceased, TAMMIE LAMPHERE, individually, MARISSA CHACON, individually, by and thru her mother, TAMMIE LAMPHERE, BRIANA CHACON, individually, by and through her mother, TAMMIE LAMPHERE, LINDA KOLM, Personal Representative of the ESTATE OF KARL KOLB, deceased, LINDA KOLB, individually, BRETT KOLB, individually, DONALD L. WOMBLE, SR., Personal Representative of the ESTATE OF DONALD L. WOMBLE, JR., deceased, DONALD L. WOMBLE, SR., individually, JEANNE WOMBLE, individually, KRISTIN WOOMBLE, individually, by and through her mother, STACEY L. GARDNER, AMBER WOMBLE, individually, DONALD L. WOMBLE, III, by and through his mother, STACEY L. GARDNER, <br><br>                            Plaintiffs, <br>   vs. <br><br>UNITED STATE OF AMERICA, <br>                            Defendant. | CASE NO. 06CV2174-LAB (JMA) <br><br>**CONSOLIDATION ORDER** |

In consideration of the low-numbering of Case Numbers 06cv2174-LAB(JMA), 06cv2175-IEG (AJB), and 06cv2192-JAH(NLS) to the undersigned District Judge upon a finding that all three cases arise out of the same occurrence and involve common issues of

law and fact, and in consideration of the parties' Stipulation For Consolidation of those cases, **IT IS HEREBY ORDERED** the cases are consolidated for all purposes. The above-captioned matter, being the low-numbered case, shall provide the controlling case number for the resolution of the parties' disputes.

**IT IS SO ORDERED**.

DATED:  January 22, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN Burns**
United States District Judge